E-FILED
Monday, 16 May, 2005 01:10:49 PM
Clerk, U.S. District Court, ILCD

# United States District Court

| CENTRAL | DISTRICT OF | ILLINOIS |
|---|---|---|

UNITED STATES OF AMERICA

v.

GERARDO BRAVO-MADRIGAL
AND
JULIO FAVELA-NIEBLA

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 05-mj-6021

**FILED**

MAY 16 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about May 12, 2005 in McLean county, in the Central District of Illinois defendant(s) did, (Track Statutory Language of Offense)

knowingly and in reckless disregard of the fact that an alien has come to, entered and remained in the United States in violation of law, moved and transported such alien within the United states by means of transportation, a Ford Econoline van, in furtherance of such violation,

in violation of 8 United States Code, Section(s) 1324(a)(ii)

I further state that I am a(n) Senior Special Agent, ICE and that this complaint is based on the following facts:

Continued on the attached sheet and made a part hereof:   X  Yes   ☐ No

s/ Stuart A Kutz
Signature of Complainant
STUART A. KUTZ

Sworn to before me and subscribed in my presence,

5-16-05  at  Peoria, IL.
Date      City and State

JOHN A. GORMAN
UNITED STATES MAGISTRATE JUDGE

s/ John A. Gorman
Signature of Judicial Officer

Name & Title of Judicial Officer

STATE OF ILLINOIS      )
                       )   SS
COUNTY OF PEORIA       )

## AFFIDAVIT

I, Stuart A. Kutz, the undersigned affiant, first being duly sworn upon oath, hereby depose and state the following:

1. I am a Senior Special Agent with the United States Department of Homeland Security, Border and Transportation Security Directorate, U.S. Immigration and Customs Enforcement (ICE). I have been employed by this agency, or the legacy Immigration and Naturalization Service (INS), for more than twenty-nine (29) years. I am currently assigned to the Springfield, Illinois ICE Office;

2. In my employment, I am assigned to investigate alleged violations of the Immigration and Nationality Act, including aliens who have entered the United States illegally and activities which constitute the illegal transportation of such aliens in the furtherance of their illegal presence in the United States;

3. This affidavit is made in support of the issuance of a Criminal Complaint and Warrant of Arrest against subjects GERARDO BRAVO-MADRIGAL and JULIO FAVELA-NIEBLA;

4. At approximately 9:25 P.M. on May 12, 2005, Illinois State Police Trooper Steve Ent stopped a white 1998 Ford Econoline van, bearing Temporary Arizona License # TL8980, for having only one headlight and improper lane usage on northbound Interstate 55 near the 154 mile marker near Shirley, Illinois. Driving this vehicle at that time was GERARDO BRAVO-MADRIGAL. Upon approaching the vehicle, Trooper Ent observed numerous Hispanic

passengers in the vehicle, none of whom could speak much, if any, English, and none of whom were in possession of documentation issued in the United States. Suspecting that all of the occupants were illegal aliens, Trooper Ent had his dispatcher notify the Springfield ICE Office;

5. Upon responding to Trooper Ent's location, ICE Special Agents Stuart A. Kutz and Scott A. Williams determined, through cursory questioning, that GERARDO BRAVO-MADRIGAL and the other sixteen (16) occupants of this vehicle were all Mexican citizens illegally present in the United States without having been properly inspected and admitted by an Immigration Officer. At that time, Agents Kutz and Williams transported all occupants to the Springfield ICE Office for further questioning and processing;

6. During questioning several of the passengers identified GERARDO BRAVO-MADRIGAL and JULIO FAVELA-NIEBLA as the only two drivers of this vehicle from Phoenix, Arizona to Shirley, Illinois. These passengers also stated that they had paid unknown smugglers in Phoenix smuggling fees raging from $1,200.00 to $2,200.00 to be smuggled across the border and to be taken to Chicago, Illinois (one passenger was ultimately destined for Birmingham, Alabama). These passengers stated that when the van arrived to take them north (the aforementioned Ford Econoline), GERARDO BRAVO-MADRIGAL and JULIO FAVELA-NIEBLA were already in said van, and these two took turns driving from Arizona to Illinois, usually switching with every gasoline fill-up. These passengers also stated that shortly after their vehicle was stopped by the police near Shirley, Illinois, GERARDO BRAVO-MADRIGAL and JULIO FAVELA-NIEBLA instructed them to lie to the officers and to claim that they had all paid money to purchase the van in which they were riding;

7. Prior to questioning, GERARDO BRAVO-MADRIGAL was advised of his

constitutional rights as per Miranda; his Consular Communication Privileges, pursuant to Article 36 of the Vienna Convention; and given the "Advice of Rights-Retention of Witnesses" form (as per U.S. v Lujan-Castro).  GERARDO BRAVO-MADRIGAL agreed to answer questions without an attorney present and signed the Form I-214 (Advisement of Rights).  During questioning, GERARDO BRAVO-MADRIGAL admitted that he had driven the vehicle some of the way from Phoenix, Arizona, with JULIO FAVELA-NIEBLA driving the rest of the time.  GERARDO BRAVO-MADRIGAL admitted that he knew that his passengers were all aliens illegally in the United States.  GERARDO BRAVO-MADRIGAL further admitted that he and JULIO FAVELA-NIEBLA had instructed the passengers to lie to the officers about purchasing the van and the number of drivers of the van.

8. Prior to questioning, JULIO FAVELA-NIEBLA was advised of his constitutional rights as per Miranda; his Consular Communication Privileges, pursuant to Article 36 of the Vienna Convention; and given the "Advice of Rights-Retention of Witnesses" form (as per U.S. v Lujan-Castro).  JULIO FAVELA-NIEBLA agreed to answer questions without an attorney present and signed the Form I-214 (Advisement of Rights). During questioning, JULIO FAVELA-NIEBLA admitted that he had driven the vehicle some of the way from Phoenix, Arizona, however, he claimed that three or four other people also drove.  JULIO FAVELA-NIEBLA admitted that he knew that his passengers were all aliens illegally in the United States.  JULIO FAVELA-NIEBLA denied he and GERARDO BRAVO-MADRIGAL had instructed the passengers to lie to the officers about purchasing the van and the number of drivers of the van, insisting that they had pooled their money and purchased the van for the trip to Chicago.

Based on the foregoing, affiant believes that there is probable cause to charge GERARDO

BRAVO-MADRIGAL and JULIO FAVELA-NIEBLA with violations of Title 8, United States Code, Section 1324(a)(1) (A)(ii), and these activities occurred in McLean County, Illinois, within the Central District of Illinois.

FURTHER AFFIANT SAYETH NOT.

s/ Stuart A. Kutz
STUART A. KUTZ, Special Agent
U.S. Immigration and Customs Enforcement

Subscribed and sworn before me this 16th day of May, 2005.

s/ John A. Gorman
HONORABLE JOHN A. GORMAN
UNITED STATES MAGISTRATE JUDGE